# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

__Michael Widmer__
*Plaintiff(s)*

v.

__Tyrone Bates et al__
*Defendant(s)*

Case Number: __12-cv-1261__

## MOTION FOR APPOINTMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, __Michael Widmer__, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this proceeding, I am unable to afford the services of an attorney, and I request that the Court appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation in this case: (**This item must be completed, and you should attach documentation showing that you have asked several attorneys to represent you in this case.**)

   Attorney Jerry Neimann didnt respond — See Ex A
   Attorney Kristine Argentine declined — See Ex B
   Attorney Thomas Powers declined — See Ex C

   but, I have been unable to find an attorney because: They didnt respond or declined. I also wrote to attorneys Matt Hartrich and Robert Bas but neither responded. I have no knowledge of law and past brain injuries.

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am **not** currently and previously have not been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   ☒ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my current financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, however, my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. ☐ (Check one box) In further support of my motion, I declare that my highest level of education is:

☐ Grammar school only    ☐ Some high school    ☒ High school graduate
☐ Some college           ☐ College graduate    ☐ Post-graduate

6. ☐ (Check **only** if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited, because English is not my primary language OR because:

7. I declare under penalty of perjury that the foregoing is true and correct.

_Michael Widmer_  
Movant's Signature

_B30985 K-75 10930 Lawrence Road_  
Street Address

_____  
Date

_Sumner Il. 62466_  
City, State, Zip

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney by this Court in the civil or criminal actions listed below.

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney Name: | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney Name: | |
| If this case is still pending, please check box ☐ | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney Name: | |
| If this case is still pending, please check box ☐ | |

# SEYFARTH
## ATTORNEYS SHAW LLP

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5332

Writer's e-mail
kargentine@seyfarth.com

September 4, 2012

**ATTORNEY COMMUNICATION**

Mr. Michael Widmer
Prison No.: B30985
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Dear Mr. Widmer:

    I am writing to let you know that I have received a letter from you dated August 2, 2012 regarding the improper medical treatment you are receiving from the IDOC and Wexford. We have made a copy of the letter from your counselor and are returning the original to you. We currently have a team pursuing a potential class action on behalf of all IDOC inmates against both Wexford and the IDOC concerning medical treatment. Unfortunately, because of the class action we do not have the time or resources to pursue any individual lawsuits, therefore, we cannot represent you in an individual case.

    However, it is our hope that our class action, if successful, will help all IDOC inmates receive proper medical care. In order to do so, we are attempting to collect as much documentation regarding improper medical care as possible and would be interested in seeing your grievances and other documents because improper distribution of medication is one of the issues we are addressing in our complaint.

Very truly yours,

SEYFARTH SHAW LLP

Kristine Rinella Argentine

Enclosures
cc:    Jason Stiehl

14805034v.1

LONDON | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

LAW OFFICES

## POWER ROGERS & SMITH, P.C.

70 West Madison Street
55th Floor, Chicago
Illinois 60602-4212
TEL: 312 236-9381
FAX: 312 236-0920
www.prslaw.com

Joseph A. Power, Jr.
Larry R. Rogers
Todd A. Smith
Thomas G. Siracusa
Thomas M. Power
Larry R. Rogers, Jr.
Devon C. Bruce
Joseph W. Balesteri
Sean M. Houlihan
Brian LaCien
Carolyn Daley Scott
Jonathan M. Thomas
Kathryn L. Conway

December 18, 2012

Michael L. Widmer (B30985)
10930 Lawrence Road
Sumner, IL 62466

Dear Mr. Widmer:

    I am in receipt of your correspondence dated November 12, 2012.

    Please be advised that our firm does not handle the type of matters addressed in your letter. Therefore, I am returning herewith your letter, together with the materials you sent to our office.

Very truly yours,

POWER ROGERS & SMITH, P.C.

*Thomas M. Power*

Thomas M. Power

TMP/sl
Enclosures

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date **11-18-12**

Offender Name **WIDMER** ID# **B30985** Housing Unit **Seg C-UT**

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of **Legal Postage Atty Jerry Niemann** ~~~~~~~~

☒ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature **Widmer** ID# **B30985**

Witness Signature _____

☐ Approved ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and **45** cents.

**LEGAL**

Distribution: Business Office, Offender

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)