# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

**MICHAEL WIDMER** )
    *Plaintiff(s)* )
      v. )    Case Number:    12-cv-1261
MARTIN )
    *Defendant(s)* )

### AMENDED MOTION FOR APPOINTMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, **Michael Widmer**, declare that I am the (check appropriate box) **xx** plaintiff [ ] defendant in this proceeding, I am unable to afford the services of an attorney, and I request that the Court appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation in this case: **(This item must be completed, and you should attach documentation showing that you have asked several attorneys to represent you in this case.)**

    In addition to the 3 attorneys listed in the original Motion for counsel, I have contacted several other attorneys and received only 3 responses which are attched hereto.

    but, I have been unable to find an attorney because: It is very difficult to recruit an attorney as an inmate in a civil action against a state agency based on the many refusals I received in response to the many letters I sent seeking counsel.

3. In further support of my motion, I declare that (check appropriate box):

    [X] I am **not** currently and previously have not been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

    [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my current financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, however, my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5.    (Check one box) In further support of my motion, I declare that my highest level of education is:

    \_\_ Grammar school only     \_\_ Some high school     [X] High school graduate

    \_\_ Some college     \_\_ College graduate     \_\_ Post-graduate

6. [X] (Check **only** if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited, because English is not my primary language OR because: I suffered head trauma in 2010 which has resulted in my being unable to function in a normal mental state. (See attached affidavit and letter from attorney Mike Zopf making ref. to my mental health.)

7. I declare under penalty of perjury that the foregoing is true and correct.

Movant's Signature: *Mychael Widmer*

Date: March 20, 2013

Street Address: B 30985, K75, 10930 Lawrence Road

City, State, Zip: Sumner, IL 62466

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney by this Court in the civil or criminal actions listed below.

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney Name: | |
| If this case is still pending, please check box \_\_ | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney Name: | |
| If this case is still pending, please check box \_\_ | |

| Assigned Judge: | Case Number: |
|---|---|
| Case Title: | |
| Appointed Attorney Name: | |
| If this case is still pending, please check box \_\_ | |

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: March 5, 2013

_Michael L Widmer_
Signature of Applicant

_Michael L Widmer B30985_
(Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Michael Widmer, I.D.# B 30985, has the sum of $ 64.35 on account to his/her credit at (name of institution) Lawrence Correctional Center. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 132.57. (Add all deposits from all sources and then divide by number of months).

3-7-13

Date

Signature of Authorized Officer

(Print Name)