| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 3/7/2013 | | | Lawrence Correctional Center | | | Page 1 |
| Time: | 3:11pm | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 09/07/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**         **Housing Unit: LAW-R6-BL-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | **Beginning Balance:** | | 200.00 |
| 09/17/12 | Disbursements | 88 Initial filing fee Cs. 12-cv-02234 | 261334 | Chk #36688 | U.S. Central Dist. C,  Inv. Date: 09/17/2012 | -21.33 | 178.67 |
| 09/21/12 | Disbursements | 81 Legal Postage | 265334 | Chk #36824 | 003455, DOC: 523 Fun,  Inv. Date: 09/19/2012 | -.45 | 178.22 |
| 09/21/12 | Disbursements | 81 Legal Postage | 265334 | Chk #36824 | 003455, DOC: 523 Fun,  Inv. Date: 09/19/2012 | -.45 | 177.77 |
| 09/21/12 | Disbursements | 81 Legal Postage | 265334 | Chk #36824 | 003455, DOC: 523 Fun,  Inv. Date: 09/19/2012 | -.90 | 176.87 |
| 09/21/12 | Disbursements | 80 Postage | 265334 | Chk #36824 | 000489, DOC: 523 Fun,  Inv. Date: 09/20/2012 | -.45 | 176.42 |
| 09/28/12 | AP Correction | 88 Child support | 272534 | Chk #36334 Voided | 002953 - Ellen Barkley | 50.00 | 226.42 |
| 10/01/12 | Point of Sale | 60 Commissary | 275728 | 390636 | Commissary | -25.79 | 200.63 |
| 10/18/12 | Disbursements | 88 Child Support | 292334 | Chk #37020 | 070302, Ellen Barkle,  Inv. Date: 10/17/2012 | -50.00 | 150.63 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070212, DOC: 523 Fun,  Inv. Date: 09/28/2012 | -1.10 | 149.53 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070225, DOC: 523 Fun,  Inv. Date: 10/03/2012 | -1.80 | 147.73 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070226, DOC: 523 Fun,  Inv. Date: 10/03/2012 | -2.60 | 145.13 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070226, DOC: 523 Fun,  Inv. Date: 10/03/2012 | -7.70 | 137.43 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070243, DOC: 523 Fun,  Inv. Date: 10/04/2012 | -19.35 | 118.08 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070251, DOC: 523 Fun,  Inv. Date: 10/05/2012 | -4.15 | 113.93 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070257, DOC: 523 Fun,  Inv. Date: 10/16/2012 | -4.50 | 109.43 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070204, DOC: 523 Fun,  Inv. Date: 09/26/2012 | -.45 | 108.98 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070204, DOC: 523 Fun,  Inv. Date: 09/26/2012 | -1.35 | 107.63 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 003472, DOC: 523 Fun,  Inv. Date: 09/28/2012 | -.85 | 106.78 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070218, DOC: 523 Fun,  Inv. Date: 10/02/2012 | -.45 | 106.33 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070221, DOC: 523 Fun,  Inv. Date: 10/02/2012 | -4.65 | 101.68 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070221, DOC: 523 Fun,  Inv. Date: 10/02/2012 | -4.65 | 97.03 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070221, DOC: 523 Fun,  Inv. Date: 10/02/2012 | -10.90 | 86.13 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 003577, DOC: 523 Fun,  Inv. Date: 10/03/2012 | -.65 | 85.48 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 003577, DOC: 523 Fun,  Inv. Date: 10/03/2012 | -.65 | 84.83 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070247, DOC: 523 Fun,  Inv. Date: 10/05/2012 | -.45 | 84.38 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070247, DOC: 523 Fun,  Inv. Date: 10/05/2012 | -1.10 | 83.28 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070248, DOC: 523 Fun,  Inv. Date: 10/05/2012 | -1.30 | 81.98 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 003582, DOC: 523 Fun,  Inv. Date: 10/12/2012 | -.45 | 81.53 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070253, DOC: 523 Fun,  Inv. Date: 10/15/2012 | -.90 | 80.63 |

Date: 3/8/13  
Time: 3:11pm  
d_list_inmate_trans_statement_composite

Lawrence Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 09/07/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**     **Housing Unit: LAW-R6-BL-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070254, DOC: 523 Fun, | Inv. Date: 10/15/2012 | -6.91 | 73.72 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070256, DOC: 523 Fun, | Inv. Date: 10/16/2012 | -.45 | 73.27 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070256, DOC: 523 Fun, | Inv. Date: 10/16/2012 | -.65 | 72.62 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070256, DOC: 523 Fun, | Inv. Date: 10/16/2012 | -.45 | 72.17 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070328, DOC: 523 Fun, | Inv. Date: 10/17/2012 | -.65 | 71.52 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070328, DOC: 523 Fun, | Inv. Date: 10/17/2012 | -1.90 | 69.62 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070302, DOC: 523 Fun, | Inv. Date: 10/18/2012 | -.45 | 69.17 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 003598, DOC: 523 Fun, | Inv. Date: 10/19/2012 | -.45 | 68.72 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070397, DOC: 523 Fun, | Inv. Date: 10/19/2012 | -.45 | 68.27 |
| 11/09/12 | Point of Sale | 60 Commissary | 314731 | 394661 | Commissary | | -13.45 | 54.82 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070302, DOC: 523 Fun, | Inv. Date: 10/22/2012 | -5.25 | 49.57 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070420, DOC: 523 Fun, | Inv. Date: 11/01/2012 | -5.75 | 43.82 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070420, DOC: 523 Fun, | Inv. Date: 11/01/2012 | -4.80 | 39.02 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070421, DOC: 523 Fun, | Inv. Date: 11/01/2012 | -3.60 | 35.42 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070421, DOC: 523 Fun, | Inv. Date: 11/01/2012 | -6.55 | 28.87 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070431, DOC: 523 Fun, | Inv. Date: 11/02/2012 | -5.15 | 23.72 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070431, DOC: 523 Fun, | Inv. Date: 11/02/2012 | -7.95 | 15.77 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070433, DOC: 523 Fun, | Inv. Date: 11/02/2012 | -2.45 | 13.32 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 000004, DOC: 523 Fun, | Inv. Date: 10/23/2012 | -3.30 | 10.02 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070307, DOC: 523 Fun, | Inv. Date: 10/25/2012 | -.65 | 9.37 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070404, DOC: 523 Fun, | Inv. Date: 10/29/2012 | -.45 | 8.92 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070404, DOC: 523 Fun, | Inv. Date: 10/29/2012 | -.65 | 8.27 |
| 11/20/12 | Disbursements | 80 Postage | 325334 | Chk #37369 | 070410, DOC: 523 Fun, | Inv. Date: 11/01/2012 | -.45 | 7.82 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070417, DOC: 523 Fun, | Inv. Date: 11/01/2012 | -2.70 | 5.12 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070417, DOC: 523 Fun, | Inv. Date: 11/01/2012 | -1.10 | 4.02 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070417, DOC: 523 Fun, | Inv. Date: 11/01/2012 | -.45 | 3.57 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070435, DOC: 523 Fun, | Inv. Date: 11/05/2012 | -1.75 | 1.82 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070435, DOC: 523 Fun, | Inv. Date: 11/05/2012 | -.65 | 1.17 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 003689, DOC: 523 Fun, | Inv. Date: 11/09/2012 | -.45 | .72 |

Date: 3/7/2013  
Time: 3:11pm  
d_list_inmate_trans_statement_composite

# Lawrence Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 09/07/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                    **Housing Unit: LAW-R6-BL-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 003689, DOC: 523 Fun, 11/09/2012 | Inv. Date: | -.65 | .07 |
| 12/05/12 | Mail Room | 15 JPAY | 340200 | 22470555 | Weber, Jacqueline | | 65.00 | 65.07 |
| 12/07/12 | Mail Room | 04 Intake and Transfers In | 342269 | 166025 | Stateville C.C. | | 50.31 | 115.38 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003694, DOC: 523 Fun, 11/13/2012 | Inv. Date: | -.85 | 114.53 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003694, DOC: 523 Fun, 11/13/2012 | Inv. Date: | -.45 | 114.08 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003694, DOC: 523 Fun, 11/13/2012 | Inv. Date: | -.65 | 113.43 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003695, DOC: 523 Fun, 11/13/2012 | Inv. Date: | -5.40 | 108.03 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070453, DOC: 523 Fun, 11/15/2012 | Inv. Date: | -.45 | 107.58 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070463, DOC: 523 Fun, 11/16/2012 | Inv. Date: | -.45 | 107.13 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003766, DOC: 523 Fun, 11/21/2012 | Inv. Date: | -.45 | 106.68 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003766, DOC: 523 Fun, 11/21/2012 | Inv. Date: | -1.80 | 104.88 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003767, DOC: 523 Fun, 11/21/2012 | Inv. Date: | -.45 | 104.43 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003767, DOC: 523 Fun, 11/21/2012 | Inv. Date: | -.45 | 103.98 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003822, DOC: 523 Fun, 11/26/2012 | Inv. Date: | -.90 | 103.08 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003823, DOC: 523 Fun, 11/27/2012 | Inv. Date: | -.45 | 102.63 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003823, DOC: 523 Fun, 11/27/2012 | Inv. Date: | -1.50 | 101.13 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003828, DOC: 523 Fun, 11/27/2012 | Inv. Date: | -.90 | 100.23 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 000967, DOC: 523 Fun, 11/28/2012 | Inv. Date: | -.45 | 99.78 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003947, DOC: 523 Fun, 11/30/2012 | Inv. Date: | -.45 | 99.33 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003947, DOC: 523 Fun, 11/30/2012 | Inv. Date: | -1.30 | 98.03 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070501, DOC: 523 Fun, 12/04/2012 | Inv. Date: | -.45 | 97.58 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003959, DOC: 523 Fun, 12/04/2012 | Inv. Date: | -.45 | 97.13 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070518, DOC: 523 Fun, 12/05/2012 | Inv. Date: | -.45 | 96.68 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003966, DOC: 523 Fun, 12/06/2012 | Inv. Date: | -.45 | 96.23 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070578, DOC: 523 Fun, 12/10/2012 | Inv. Date: | -5.04 | 91.19 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070578, DOC: 523 Fun, 12/10/2012 | Inv. Date: | -2.40 | 88.79 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070584, DOC: 523 Fun, 12/12/2012 | Inv. Date: | -1.35 | 87.44 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070602, DOC: 523 Fun, 12/12/2012 | Inv. Date: | -1.35 | 86.09 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003010, DOC: 523 Fun, 12/13/2012 | Inv. Date: | -1.70 | 84.39 |

Lawrence Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 09/07/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**   **Housing Unit: LAW-R6-BL-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003974, DOC: 523 Fun, 12/18/2012 | Inv. Date: | -.45 | 83.94 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003974, DOC: 523 Fun, 12/18/2012 | Inv. Date: | -1.50 | 82.44 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003978, DOC: 523 Fun, 12/18/2012 | Inv. Date: | -.45 | 81.99 |
| 12/20/12 | Disbursements | 84 Library | 355334 | Chk #37674 | 000965, DOC: 523 Fun, 11/28/2012 | Inv. Date: | -2.60 | 79.39 |
| 12/20/12 | Disbursements | 84 Library | 355334 | Chk #37674 | 070506, DOC: 523 Fun, 12/04/2012 | Inv. Date: | -4.20 | 75.19 |
| 12/20/12 | Disbursements | 84 Library | 355334 | Chk #37674 | 070580, DOC: 523 Fun, 12/12/2012 | Inv. Date: | -12.70 | 62.49 |
| 01/02/13 | Point of Sale | 60 Commissary | 002731 | 398925 | Commissary | | -43.77 | 18.72 |
| 01/11/13 | Payroll | 20 Payroll Adjustment | 011134 | | P/R month of 122012 | | 2.72 | 21.44 |
| 01/23/13 | Disbursements | 90 Medical Co-Pay | 023334 | Chk #37962 | 003047, DOC: 523 Fun, 12/27/2012 | Inv. Date: | -5.00 | 16.44 |
| 01/23/13 | Disbursements | 80 Postage | 023334 | Chk #37962 | 003049, DOC: 523 Fun, 12/27/2012 | Inv. Date: | -2.50 | 13.94 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 000129, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -1.10 | 12.84 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 000129, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -1.35 | 11.49 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 000131, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -.45 | 11.04 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 000133, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -3.50 | 7.54 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 004042, DOC: 523 Fun, 01/09/2013 | Inv. Date: | -.45 | 7.09 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 004043, DOC: 523 Fun, 01/10/2013 | Inv. Date: | -.45 | 6.64 |
| 01/23/13 | Disbursements | 84 Library | 023334 | Chk #37963 | 000138, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -4.00 | 2.64 |
| 01/23/13 | Disbursements | 84 Library | 023334 | Chk #37963 | 000181, DOC: 523 Fun, 01/15/2013 | Inv. Date: | -2.50 | .14 |
| 02/06/13 | Mail Room | 01 MO/Checks (Not Held) | 037221 | 17972 | Vorchers, Vaugh | | 50.00 | 50.14 |
| 02/13/13 | Payroll | 20 Payroll Adjustment | 044134 | | P/R month of 1 2013 | | 5.00 | 55.14 |
| 02/20/13 | Mail Room | 10 Western Union | 051200 | 7218448193 | Barkley, Ellen | | 200.00 | 255.14 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004103, DOC: 523 Fun, 01/16/2013 | Inv. Date: | -1.10 | 254.04 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004104, DOC: 523 Fun, 01/16/2013 | Inv. Date: | -.45 | 253.59 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004134, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -3.40 | 250.19 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004135, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 249.74 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004141, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 249.29 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000205, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -10.20 | 239.09 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004142, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 238.64 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004137, DOC: 523 Fun, 01/25/2013 | Inv. Date: | -.45 | 238.19 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -1.72 | 236.47 |

Date: 03/07/2013  
Time: 3:11pm  
d_list_inmate_trans_statement_composite

Case 3:12-cv-01261-MJR-SCW   Document 13-1   Filed 03/25/13   Page 5 of 7   Page ID #129

Lawrence Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 5

REPORT CRITERIA - Date: 09/07/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                                **Housing Unit: LAW-R6-BL-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: 01/28/2013 | -1.72 | 234.75 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: 01/28/2013 | -.66 | 234.09 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, | Inv. Date: 01/28/2013 | -.66 | 233.43 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004209, DOC: 523 Fun, | Inv. Date: 02/01/2013 | -1.52 | 231.91 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, | Inv. Date: 02/05/2013 | -.66 | 231.25 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, | Inv. Date: 02/05/2013 | -.92 | 230.33 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000429, DOC: 523 Fun, | Inv. Date: 02/07/2013 | -2.30 | 228.03 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000439, DOC: 523 Fun, | Inv. Date: 02/08/2013 | -5.49 | 222.54 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000564, DOC: 523 Fun, | Inv. Date: 02/13/2013 | -.46 | 222.08 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, | Inv. Date: 02/15/2013 | -1.84 | 220.24 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, | Inv. Date: 02/15/2013 | -.46 | 219.78 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000600, DOC: 523 Fun, | Inv. Date: 02/21/2013 | -17.98 | 201.80 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, | Inv. Date: 01/08/2013 | -7.65 | 194.15 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, | Inv. Date: 01/08/2013 | -6.45 | 187.70 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000151, DOC: 523 Fun, | Inv. Date: 01/10/2013 | -7.85 | 179.85 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000209, DOC: 523 Fun, | Inv. Date: 01/23/2013 | -34.80 | 145.05 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000213, DOC: 523 Fun, | Inv. Date: 01/24/2013 | -1.20 | 143.85 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000395, DOC: 523 Fun, | Inv. Date: 02/01/2013 | -3.75 | 140.10 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000422, DOC: 523 Fun, | Inv. Date: 02/06/2013 | -1.35 | 138.75 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000441, DOC: 523 Fun, | Inv. Date: 02/08/2013 | -51.30 | 87.45 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000586, DOC: 523 Fun, | Inv. Date: 02/15/2013 | -4.90 | 82.55 |
| 02/27/13 | Mail Room | 10 Western Union | 058200 | 0624297581 | Barkley, Ellen | | 75.00 | 157.55 |
| 02/28/13 | Point of Sale | 60 Commissary | 059792 | 405694 | Commissary | | -5.03 | 152.52 |

|  |  |
|---|---:|
| Total Inmate Funds: | 152.52 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 216.87 |
| Funds Available: | -64.35 |
| Total Furloughs: | .00 |

Date: 3/7/2013  
Time: 3:11pm  
d_list_inmate_trans_statement_composite

Lawrence Correctional Center  
**Trust Fund**  
Inmate Transaction Statement

Page 6

REPORT CRITERIA - Date: 09/07/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**   **Housing Unit: LAW-R6-BL-10**

|  |  |
|---|---:|
| Total Inmate Funds: | 152.52 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 216.87 |
| Funds Available: | -64.35 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 02/21/2013 | 000606 | Disb | Library - Legal Copies | 2 DOC: 523 Fund Library | $50.10 |
| 02/22/2013 | 000623 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $8.48 |
| 02/22/2013 | 000623 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $53.60 |
| 02/22/2013 | 000626 | Disb | Library - Legal Copies | 2 DOC: 523 Fund Library | $31.25 |
| 02/25/2013 | 004286 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.72 |
| 02/27/2013 | 000633 | Disb | Library - Legal Copies | 2 DOC: 523 Fund Library | $0.50 |
| 03/01/2013 | 000648 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $30.32 |
| 03/01/2013 | 000650 | Disb | Library - Legal Copies | 2 DOC: 523 Fund Library | $38.55 |
| 03/05/2013 | 000677 | Disb | Library - Legal Copies | 2 DOC: 523 Fund Library | $1.35 |
|  |  |  |  | **Total Restrictions:** | **$216.87** |

STATE OF ILLINOIS  )
                   ) SS :
COUNTY OF Lawrence )

Case No. 12 CV 1261

## SWORN AFFIDAVIT

I, Michael Widmer, After Being Duly Sworn Upon My Oath Depose And States That the Following Matters Are Both true And Correct In Substance And In Facts :

I, Michael Widmer, petitioner/plaintiff in the above entitled action hereby state under the penalty of perjury by law that the following facts are true and accurate to the best of my knowledge and belief.

1) I have no bank accounts.
2) I own no real estate, property, home etc.
3) I own 3 junk vehicles that are stored at a scrap yard. The value is $150 each.
4) I have outstanding medical bills.
5) I have no income at this time.
6) I receive no money from any other means.
7) I am indigent.
8) I suffered a serious head injury in 2000
9) I was in the intensive care unit on life support in 2010 at Riverside hospital in Kankekee Il. for head injuries from a beam falling on my head.
10) Since my head injury in 2010, I have difficulty frequently when speaking, reading, writing, and thinking at times.
11) I"ve attched a letter from attorney Mike Zopf who was appointed to represent me by the court in a criminal proceeding, which indicates Mr Zopf had doubts as to my being competennt to stand trial. I had not told Mr Zopf about my injury at the time he wrote me the letter. (See Exhibit A)
12) I request this court recruit counsel to represent me in the above entitled case.

So Stated : *Michael F Widmer*

Subscribed And Sworn Before
Me This 1st day of March /13
/s/ Kathy D Musgrave
Notary

OFFICIAL SEAL
KATHY D MUSGRAVE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/22/15