LAW OFFICES                                                                                    Attorney at Law
                                                                                                  M.J. Zopf P.C.
                                                                            501 West Church • Champaign, IL 61820
MICHAEL J. ZOPF                                          217/337/0566 • 217/352/9539 fax • mzopf@zopflaw.com

June 12, 2012

Michael Widmer
Inmate B30985
Danville Correctional Center
3820 Main St.
Danville
Ill., 61834

Re: your most recent correspondence, 2012 CF 11

Dear Michael:

In response to your three page letter dated June 10, 2012, I suggest you are struggling mentally and I intend to file a fitness motion. In July 2011 I advised you that you were a classic Narcissist according to the Diagnostic and Statistical Manual IV-R. However, your recent incarceration reaction suggests that your stress may be psychotic in nature.

Your mood swings make a response to your questions difficult to prepare, but I will try:

1) I have not lied to you; I was told that if you pled to the cyberstalking case the gun case would be dismissed. I cannot file a motion to enforce this since you have not pled to the cyberstalking case, 2012 CF 11;
2) I cannot mail police reports to a Department of Corrections facility by Supreme Court Rule;
3) I am not extorting money from you in fact I have not been paid for some time;
4) I have advised you that I do NOT intend to seek that your plea in 11 CF 41 be withdrawn;
5) If you want to represent yourself we can do that on July 31st;
6) I do NOT intend to file the bond assignments unless you approve;
7) I said WHEN I AM PAID I would file on Brenda Frichtl, you are out of money and you just advised me you wanted to represent yourself;
8) There is not enough evidence to warrant a federal investigation, but that is your call not mine;
9) You fired me from your Juvenile case and I do not intend to get involved in anyway;
10) I cannot writ you to a county unless there is a proceeding scheduled, if I file the motion for fitness, I will convey that to the judge and he may choose to enter the order without your presence;
11) I do not intend to speak to you on the phone as your ability to recall facts is very suspect so send me another letter when you want.

Sincerely

Michael J. Zopf



**UPTOWN PEOPLE'S LAW CENTER**
4413 NORTH SHERIDAN • CHICAGO, IL 60640
PHONE: 773.769.1411 • FAX: 773.769.2224
UPLCCHICAGO@GMAIL.COM

March 5, 2013

**Confidential Legal Correspondence**
MR. Michael Widmer
B30985
Lawrence Correctional Center
10930 Lawrence Road
Sumner, Illinois 62466

Dear Mr. Widmer;

You recently sent a letter to Kelly a. Tautges asking for legal assistance with your claim against the Department of Corrections. They have forwarded your letter to us for our review, as they do not accept cases directly, but only from referring agencies. As the Law Center has more than two decades of experience representing prisoners in civil rights cases, they have referred your letter to us for our review.

While we do represent many prisoners in cases alleging that prison officials were negligent, or violated the law, we are not able to directly represent many people with meritorious cases who write us. We do, however, work with several firms which have from time to time accepted prisoner cases on a pro bono basis. However, since the mail you send us is treated as confidential, we can not "shop" your case to attorneys without your permission.

If you are interested in our trying to find an attorney to take your case pro bono, then we need some specific information from you. Most importantly, if you have not already done so, we need copies of any grievances you filed, along with the responses you received. As you may be aware, the courts are increasingly barring prisoners from bringing cases if they have not fully and timely exhausted all appeals in the grievance process. In addition, if relevant, please send us copies of any medical records which show the treatment you received as a result of this incident, and any other documents you think might be helpful (for example, disciplinary reports, incident reports, affidavits from witnesses, etc.).

Finally, we must warn you that there is NO guarantee that we will be able to find an attorney to take on your case. There are usually specific deadlines you need to meet. While we do not know enough about your specific case to give you an opinion on when these deadlines may be up in your case, in general, grievances must be filed within 60 days, appeals within 30 days, Court of Claims cases within one year, and federal cases within two years. If there are any deadlines in your case, you should NOT wait for us. You should do as best you can to meet them on your own, because once deadlines are missed, it may not be possible to ever bring a case at all.

We look forward to hearing from you. Take care.

Sincerely,

*Uptown People's Law Center*

_____The Law Offices of_____
# FREDERICK W. NESSLER
_____And Associates, Ltd._____

February 28, 2013

**REPLY TO**
**Springfield Office**

Frederick W. Nessler *
Timothy J. Freiberg
Jonathan T. Nessler
Matthew V. Kennedy
Maria A. Gust
_____•_____
Gary Clark **

FEIN: 20-8042911

**Sent Via Certified Mail – Return Receipt Requested**

Michael Widmer B-30985
K-75 10930 Lawrence Road
Sumner, IL 62466

Re: **Your potential medical malpractice claim**

Dear Mr. Widmer:

I sincerely appreciate the opportunity to review your potential claim. As you know, we have conducted a thorough review of the information you provided. We have now completed the review process.

Our decision **does not speak to the ultimate merits of your case**. Please understand that our opinion is just that: an **opinion**. As you know, opinions differ from person to person and from attorney to attorney. Simply because we have declined to go forward does not mean that another attorney may hold a different opinion regarding the case. But, if you wish to seek a second opinion on your case, please **do so immediately**. Do not wait until the last minute as there are **strict time limitations** that apply to filing your case. That is why it is so important, if you choose to seek a second opinion that you do so **right away** to preserve whatever rights you may have. As agreed, although our office has spent a great deal of time investigating your claim, you owe us nothing.

---

| 536 N. Bruns Lane | 132 S. Water Street | 201 W. Springfield Street | 202 S. Chicago Street | 4320 Spring Creek Road |
| Suite 1 | Suite 535 | Suite 1004 | Lincoln, IL 62656 | Rockford, IL 61107 |
| Springfield, IL 62702 | Decatur, IL 62523 | Champaign, IL 61820 | (217) 735-5502 | 1-800-727-8010 |
| (217) 698-0202 | (217) 428-6800 | (217) 344-8888 | | |

200 W. Exchange Avenue
Ft. Worth, TX 76164
1-800-727-8010

Facsimile: (217) 698-0203
Website: www.nesslerlaw.com    e-mail: lawoffice@nesslerlaw.com
*Also licensed in Colorado & Texas
** Retired
David A. Axelrod & Associates, P.C., Of Counsel

20 S. Clark Street
Suite 2200
Chicago, IL 60603
1-800-727-8010




Page 2
February 28, 2013

Again, I thank you for your time and consideration of this office. I truly regret that we cannot go forward with representation. If you have any questions or concerns, please call me without delay. I wish you the best of luck in the future.

Thanking you for your attention to this matter, I remain,

**Very truly yours,**
**NESSLER & ASSOCIATES, LTD.**

Jonathan T. Nessler
Attorney at Law

JTN:vb

| | | | | |
|---|---|---|---|---|
| 536 N. Bruns Lane<br>Suite 1<br>Springfield, IL 62702<br>(217) 698-0202 | 132 S. Water Street<br>Suite 535<br>Decatur, IL 62523<br>(217) 428-6800 | 201 W. Springfield Street<br>Suite 1004<br>Champaign, IL 61820<br>(217) 344-8888 | 202 S. Chicago Street<br>Lincoln, IL 62656<br>(217) 735-5502 | 4320 Spring Creek Road<br>Rockford, IL 61107<br>1-800-727-8010 |
| 200 W. Exchange Avenue<br>Ft. Worth, TX 76164<br>1-800-727-8010 | | Facsimile: (217) 698-0203<br>Website: www.nesslerlaw.com   e-mail: lawoffice@nesslerlaw.com<br>*Also licensed in Colorado & Texas<br>** Retired<br>David A. Axelrod & Associates, P.C., Of Counsel | | 20 S. Clark Street<br>Suite 2200<br>Chicago, IL 60603<br>1-800-727-8010 |



